UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00065-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| CARL ABERNATHEY | : | |

Upon the motion of United States for entry of an order of restitution, based upon request of victim J.H. in the form of a sworn statement and over defendant's objection, restitution of $1550 is hereby imposed upon defendant.

At sentencing, victim J.H. presented an affidavit regarding monies owed him as a result of the crime perpetrated by the defendant. The Court postponed ruling on the request for restitution at the time of sentencing to allow parties the opportunity to discuss the claim. (D.E. 53). Having been informed that discussion was not fruitful, the Court now enters the order of restitution predicated on the evidence before it, the sworn statement of the victim J.H.

For this reason, restitution is hereby imposed upon defendant in the amount of $1550, pursuant to 18 U.S.C. § 3663A. The clerk is directed to amend the judgment in accord herewith.

SO ORDERED this 7th day of July, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE